In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

2015 MAY 18 PM 1:42

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

TO THE HONARABLE JUSTICES OF THE FOURTH COURT OF APPEAL

MOTION FOR PUNATIVE DAMAGES AGAINST APPELLEE MANUEL CASTRO AND 3RD PARTY NON SPOUSE MISTRESS CHRISTINA PACHECO

Here Comes Appellant Maryann Castro in Appeals Court praying for Justice and relief she is entitled to in the harm that was brought to her by Appellee Manuel Castro and 3rd party non spouse mistress Christina Pacheco. The wronged spouse should be fully compensated for the Cause of Action Fraud committed Against the Community Vickery V. Vickery 999 SW 2D 342,343 (1999)

Appellant Maryann Castro who was married to Appellee Manuel Castro for 29 years has presented to the Court as to why the Agreement for final divorce should be voided ,modified Community has no equity in the Amount of 40,000 Appellee Maryann Castro was awarded the home in Active bankruptcy and nonpayment of mortgage Appellee Manuel Castro caused harm and was hiding Martial Assets 99 subaru and Keogh Plan Pension Appellant Maryann Castro was wronged in this Agreement for final divorce signed Oct 30,2013.

Appellant Maryann Castro prays for Justice and relief she is entitled to Appellant MaryAnn Castro was harmed and has suffered .Appellant Maryann Castro prays for Justice.

Actual fraud predicated upon and was used to intent deceive Appellant MaryAnn Castro

1. material representation was made Comparative Market Analysis-realtors opinion not a Certified Appraisal overvalued Community in the amount over 125,000
2. It was false realtors opinion are not valid banks accept only certified appraisal, Appellee Manuel Castro was in Active Bankruptcy and was not paying home mortgage banks will not lend or speak

to you when account mortgage is not being paid and Community in bankruptcy Court Appellee Manuel Castro did this to harm Appellant Maryann Castro when he hid from the Court Judge Canales and Appellant Maryann Castro he had not paid the mortgage and in active bankruptcy.

3. The Speaker Counsel Joseph Appelt knew his client Appellee Manuel Castro was in Active Bankruptcy and had not paid the home mortgage and Accepted the Comparative Market Analysis realtors opinion from the non-spouse mistress 3RD Party intervener Christina Pacheco who was carrying an adulterous Affair with Appellee Manuel Castro who is part of this lawsuit brought in by Appellant Maryann Castro the spouse of Appellee Manuel Castro for 29 years.

4. Speaker Counsel Joseph Appelt knew using a Comparative Market Analysis-realtors opinion was false and made in recklessly in the Agreement for final Divorce without any knowledge for the truth and he made it with intention that it should be acted upon the party overvalued Community at 125,000 and the party acted on reliance upon it under Advisement of Counsels no accounting statements provided to Appellant Maryann Castro showing mortgage was payments were being paid ,taxes, homeowners insurance Appellee Manuel Castro had the Community In active bankruptcy and was not paying the home mortgage instead he Conspired to Commit fraud by overvaluing the Community with a realtors opinion not the Certified Appraisal Appellant Maryann Castro has submitted to the Appeals Community 1501 Olive Certified Appraisal is 225,000 there is no equity the Community is owed and Appellant Maryann Castro has submitted to the Court the BSI Statement.

Appellant Maryann Castro prays for Justice and relief she has suffered stone v lawyers title insurance corp 554 sw 2nd 183,185(Tex 1977)

Appellant Maryann Castro pro-se

1501 Olive

Jourdanton Texas

8304960133

Pacattitude2014@gmail.com

Filed 5/18/15